UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-4232-CR-SNOW

UNITED STATES OF AMERICA

vs.

SHELDON CHARLES,

    Defendant.
_____/

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the Complaint against the above-named defendant, Sheldon Charles.

Respectfully submitted,

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing dismissal.

DATE: 2/14/14

*[signature]*
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record